for discharging the said lien, making a total of $350, the same to be deducted from the award to the said Brady Concrete Corporation; and also further modified by reducing the allowances from $2,500 to $2,000; the amount awarded in excess of $2,000, that is, the sum of $500, to be deducted from each allowance in proportion to the sums allowed. As so modified the judgment is unanimously affirmed, without costs. We are of opinion that the credit to James McWilliams, Inc., chargeable against the award to Brady Concrete Corporation, was assumed by the latter and must be charged against it. The allowances were in excess of those prescribed by statute. (Civ. Prac. Act, § 1514; see *Mellen* v. *Athens Hotel Co.*, 149 App. Div. 534, and *Warren* v. *Warren*, 203 N. Y. 250.) Findings of fact and conclusions of law inconsistent with this decision are reversed and new findings and conclusions will be made. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ. Settle order on notice.

HELEN D. MILLER, Respondent, v. J. HENRY REUTER, JR., Appellant.— Action by plaintiff to recover damages to her motor car, operated by her son, by reason of defendant's negligence in the operation of his motor car. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

JOHN R. MILLER, JR., an Infant, by JOHN R. MILLER, His Guardian ad Litem, Respondent, v. J. HENRY REUTER, JR., Appellant.— Action by plaintiff to recover damages for personal injuries sustained by him by reason of defendant's negligence in the operation of a motor vehicle. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

CONRAD OLSEN and Others, Appellants, v. BROOKLYN ASH REMOVAL Co., INC., Respondent.— Order dismissing the complaint for insufficiency under rule 106 of the Rules of Civil Practice affirmed, with ten dollars costs and disbursements, with leave to plaintiffs to serve an amended complaint within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NAT GREENBERG, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENEDETTO LO PRIMO, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN MILLER, Appellant.— Judgment of conviction by a city magistrate sitting as a Court of Special Sessions unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

ETHEL H. COFFIN, Appellant, v. R. N. QUINN REALTY CORPORATION, Respondent. HERBERT COFFIN, Appellant, v. R. N. QUINN REALTY CORPORATION, Respondent.— Motions for reargument denied, with one bill of ten dollars motion costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ETHEL H. COFFIN, Appellant, v. R. N. QUINN REALTY CORPORATION, Respondent. HERBERT COFFIN, Appellant, v. R. N. QUINN REALTY CORPORATION,

Respondent.— Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

WILLIAM B. GINSBERG, Respondent, v. LAWRENCE J. SAMUELS, Appellant.— In view of the decision in *Ginsberg* v. *Samuels* (*post,* p. 780), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

JEANNE H. GOLD, Respondent, v. ABRAHAM SMITH, Appellant.— The decision of this court handed down on June 8, 1934 (*ante,* p. 643), is hereby amended by eliminating the following: " The Statute of Frauds may be invoked as a defense. (*Standard Oil Co.* v. *Koch,* 260 N. Y. 150.) " Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

EDWIN J. HILLER, Respondent and Appellant, v. RUSSO-ASIATIC BANK, Appellant and Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

INCORPORATED VILLAGE OF LYNBROOK, Respondent, v. CARL OTTO and MARTIN OTTO, Appellants.— Motion for leave to appeal to the Court of Appeals granted and the following question certified: Should the defendants' motion to dismiss the complaint have been granted? Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ. [See *ante,* p. 706.]

In the Matter of the Application of CULVER CONTRACTING CORPORATION for a Prohibition Order against Hon. BURT J. HUMPHREY, a Justice of the Supreme Court of the State of New York.— Motion for reargument denied, with ten dollars costs against Mortimer Schwager. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of BENJAMIN L. KAPLAN, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of SILVIO A. LANZA for an Order of Mandamus against GEORGE J. RYAN, as President, SAMUEL STERN, Vice-President, and Others, as Members of the Board of Education of the City of New York; HENRY LEVY, Chairman, EDWARD S. CANNING, Secretary, and Others, as Members of the Board of Examiners of the Board of Education of the City of New York and the Board of Superintendents, WILLIAM J. O'SHEA, Superintendent of Schools, Chairman, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion to resettle order so as to include a provision for a stay of proceedings pending final determination granted. Present — Lazansky, P. J., Kapper, Carswell and Davis, JJ.; Hagarty, J., not voting.

In the Matter of the Petition of WILLIAM J. COLKER, Respondent, to Compel CATHRYNE CORNELL, Appellant, to Render and Settle Her Account as Administratrix c. t. a. of EMANUEL GREEN VALVERDE, Deceased.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: " Was the petitioner entitled to an order directing the administratrix to file a supplemental account including the proceeds of the insurance policies? " Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ. [See *ante,* p. 653.]